UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
KAREN APARICIO,

       Plaintiff,　　　　　　　　　　　　Case No.: 2:24-cv-00377-RER-ARL

   -against-　　　　　　　　　　　　　　**PROPOSED ORDER**

PEDIATRIC DENTISTRY of
SUFFOLK COUNTY II, PLLC,
CHRISTOS A. IOANNOU, DDS,
and MICHAEL IOANNOU, DDS,

      Defendants.
-------------------------------------------------X

    **THIS MATTER** having come before the Court pursuant to the joint request of the parties for an extension of the discovery deadline;

    **IT IS**, this ____ day of _____, 2025

    **ORDERED** that the deadline:

    (i)    for the completion of fact discovery is extended to <u>September 15, 2025</u>;

    (ii)    for service of all affirmative expert reports is extended to <u>October 15, 2025</u>;

    (iii)    for service of all rebuttal expert reports is extended to <u>November 14, 2025</u>;

    (iv)    for all expert depositions is extended to <u>December 15, 2025</u>; and

    (v)    to take the first step for dispositive motions will be <u>January 9, 2026</u>.

                                                    _____
`                                       HON. ARLENE R. LINDSAY, U.S.M.J.